# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Sarena A. Mobley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00657-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2013 Order.

February 22, 2013

Frank G. Johns, Clerk
United States District Court